MIE 1
Revised 09/18

Order of the Court to Continue Supervision

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

v.

AMORMINO, Mike James                                    Crim. No.: 17-CR-20004-01

On 07/29/2025 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on 11/12/2025, and AMORMINO admitted guilt to all allegations.  On March 24, 2026, sentencing was held, and the Court ordered the violation matter disposed and supervision to be continued.

Respectfully submitted,

s\Corey D. Elder
Senior United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 27th Day of March, 2026.

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge